IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FRANK EDWIN PATE | § | |
| | § | |
| VS. | § | CIVIL NO. 4:26-CV-00916-SDJ-BD |
| | § | |
| SHERRY D. SMITH | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report"), (Dkt. #8), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 4, 2026, the Magistrate Judge entered the Report containing proposed findings of fact and recommendations that the petition for a writ of habeas corpus be dismissed without prejudice. Petitioner filed objections (Dkt. #11).

Petitioner asserts that the Magistrate Judge erred in construing his 28 U.S.C. § 2241 petition as a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. He attempts to phrase his claims in the context of § 2241 by asserting that he attacks how the conditions of supervised release are being carried out. But at bottom, Petitioner is challenging the conditions of his supervised release, which is a challenge to the validity of his federal sentence and is properly construed as a § 2255 motion. *See Matthews v. United States*, 378 F. App'x 451, 452–53 (5th Cir. 2010) (per curiam). Petitioner's § 2255 motion is pending in this Court and will be considered in due course. *See* No. 4:25-CV-00262-RWS-JBB. Petitioner does not assert, much less demonstrate, that he did not or could not raise the allegations he now attempts to

present in that separate proceeding. Despite his arguments, Petitioner fails to show that the Report is in error or that he is entitled to relief.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Petitioner to the Report, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 26th day of October, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE